1  RAO ONGARO LLP
   Anthony J. Rao (SBN 173512)
2    arao@rao-ongaro.com
   40 Wall Street, 28th Floor
3  New York, NY 10005
   Telephone: (646) 512-5648
4  Facsimile: (646) 512-5666

5  RAO ONGARO LLP
   David R. Ongaro (SBN 154698)
6    dongaro@rao-ongaro.com
   David R. Burtt (SBN 201220)
7    dburtt@rao-ongaro.com
   22 Battery Street, Suite 1000
8  San Francisco, CA 94111
   Telephone: (415) 433-3900
9  Facsimile: (415) 274-8770

10 Attorneys for Defendant
   GENESIS LOGISTICS, INC.
11
   KINGSLEY & KINGSLEY, APC
12 George R. Kingsley (SBN 38022)
   Eric B. Kingsley (SBN 185123)
13 16133 Ventura Bl., Suite 700
   Encino, CA 91436
14 (818) 990-8300, Fax (818) 990-2903

15 LAW OFFICES OF SHAUN SETAREH
   Shaun Setareh (SBN 204514)
16 9454 Wilshire Boulevard, Penthouse Suite 3
   Beverly Hills, CA 90212
17
   Attorneys for Plaintiff
18

19                     UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21 TIM O'NEILL, an individual; on behalf of       ) Case No. CV08-4107 SI
   himself and all others similarly situated,     )
22                                                ) **STIPULATION AND PROPOSED**
              Plaintiff,                          ) **ORDER TO CONTINUE FEBRUARY**
23                                                ) **20, 2009 CASE MANAGEMENT**
         v.                                       ) **CONFERENCE; EXHIBIT 1**
24                                                )
   GENESIS LOGISTICS, INC. and DOES 1             ) Judge: Honorable Susan Illston
25 through 10, inclusive                          ) Ctrm: 10, 19th floor
                                                  )
26            Defendants.                         )
                                                  )
27 _____)

28
   FEBRUARY 20, 2009 CASE MANAGEMENT CONFERNCE STIPULATION AND PROPOSED ORDER

                                                                                    1

1  **WHEREAS** On January 10, 2009 the Court found good cause, approved the parties'
2  stipulation, and ordered that Plaintiff's remand hearing set for January 23, 2009 at 9:00 AM is
3  deemed withdrawn so the parties can engage in limited Rule 26 discovery and participate in an
4  early mediation on or before June 15, 2009 (See Docket No. 19);

5  **WHEREAS** on February 18, 2009, the parties received a Clerk's Notice of a Case
6  Management Conference scheduled for Friday, February 20, 2009 at 2:30 PM;

7  **WHEREAS** the parties have engaged in a Rule 26 Conference and have discussed the
8  scope of pre-mediation discovery in this putative class action;

9  **WHEREAS** the parties are gathering relevant documents to disclose and analyze before
10 conducting Plaintiff's deposition, prepare mediation briefs and engage in meaningful early
11 mediation;

12 **IT IS HEREBY STIPULATED:**

13 The February 20, 2009 Case Management Conference is continued until after the parties
14 engage in early mediation on or before June 15, 2009.

15 In the alternative, the February 20, 2009 Case Management Conference is continued until
16 March 20, 2009.

DATED: February 18, 2009

RAO ONGARO LLP

By _____
Anthony J. Rao

Attorneys for Defendant
GENESIS LOGISTICS, INC.

DATED: February 19, 2009

KINGSLEY & KINGSLEY APC

By _____
George R. Kingsley

Attorneys for Plaintiff
TIM O'NEILL on behalf of himself and all others similarly situated

FEBRUARY 20, 2009 CASE MANAGEMENT CONFERNCE STIPULATION AND PROPOSED ORDER

2

| | |
|---|---|
| 1 | RAO ONGARO LLP |
| | Anthony J. Rao (SBN 173512) |
| 2 | arao@rao-ongaro.com |
| | 40 Wall Street, 28th Floor |
| 3 | New York, NY 10005 |
| | Telephone: (646) 512-5648 |
| 4 | Facsimile: (646) 512-5666 |
| 5 | RAO ONGARO LLP |
| | David R. Ongaro (SBN 154698) |
| 6 | dongaro@rao-ongaro.com |
| | David R. Burtt (SBN 201220) |
| 7 | dburtt@rao-ongaro.com |
| | 22 Battery Street, Suite 1000 |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 433-3900 |
| 9 | Facsimile: (415) 274-8770 |
| 10 | Attorneys for Defendant |
| | GENESIS LOGISTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM O'NEILL, an individual; on behalf of himself and all others similarly situated, | Case No. CV08-4107 SI |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO STAY JANUARY 23, 2009 REMAND HEARING SO PARTIES CAN ENGAGE IN MEDIATION** |
| v. | |
| GENESIS LOGISTICS, INC. and DOES 1 through 10, inclusive | Judge: Honorable Susan Illston |
| | Ctrm: 10, 19th floor |
| Defendants. | |

**WHEREAS** Defendant GENESIS LOGISTICS, INC. removed this case to federal court under the Class Action Fairness Act on August 27, 2008;

**WHEREAS** Plaintiff TIM O'NEILL moved to remand this case back to state court on October 27, 2008;

**WHEREAS** the remand hearing date is January 23, 2009 at 9:00 am;

REMAND HEARING STIPULATION AND PROPOSED ORDER

1

EXHIBIT 1

1     WHEREAS counsel for all parties met and conferred regarding the possibility of early
2 mediation;
3     **IT IS HEREBY STIPULATED THAT:**
4     The remand hearing set for January 23, 2009 is stayed pending limited Rule 26 discovery
5 and early mediation;
6     The parties will exchange documents under Rule 26 and Plaintiff's deposition will be
7 taken;
8     The parties will attend an early mediation on or before June 15, 2009;
9     If the case does not resolve, the parties will immediately notify the Court and the remand
10 hearing will go back on calendar.

DATED: January 16, 2009

RAO ONGARO LLP

By /s/ Anthony J. Rao

Attorneys for Defendant
GENESIS LOGISTICS, INC.

DATED: January 16, 2009

KINGSLEY & KINGSLEY APC

By /s/ George R. Kingsley

Attorneys for Plaintiff
TIM O'NEILL on behalf of himself and all others similarly situated

FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: _____

/s/ Susan Illston
Honorable Susan Illston

The Motion to Remand is deemed withdrawn by maybe renoticed of the case does not resolve at mediation.

REMAND HEARING STIPULATION AND PROPOSED ORDER

2

1
2  **FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**
3  The case management conference has been continued to 6/26/09 @ 2:30 p.m.
4  DATED: _____          _____
5                                    Honorable Susan Illston
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FEBRUARY 20, 2009 CASE MANAGEMENT CONFERNCE STIPULATION AND PROPOSED ORDER

3