SHAUN SETAREH, SBN 204514
LAW OFFICES OF SHAUN SETAREH, APC
1055 Wilshire Boulevard, Suite 1940
Los Angeles, California 90017
Telephone: 213-250-9300
Fax:       213-250-9333
e-mail: setarehlaw@sbcglobal.net

Attorneys for Plaintiffs

GEORGE R. KINGSLEY, SBN-38022
ERIC B. KINGSLEY, SBN-185123
KINGSLEY KINGSLEY
City National Bank Building
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Telephone: 818-990-8300
Facsimile: 818-990-2903

Attorneys for Plaintiffs

Anthony J. Rao (SBN 173512)
RAO ONGARO LLP
40 Wall Street, 28th Floor
New York, New York 10005
Telephone: (646) 512-5648
Facsimile: (646) 512-5666

Attorneys for Defendant,

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA - CENTRAL DISTRICT

| | |
|---|---|
| TIM O'NEILL, an individual; on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>GENESIS LOGISTICS, INC. and DOES 1 through 10 inclusive,<br>Defendants. | Case No: CV08-4107 SI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 26TH, 2009 CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Judge Susan Illston<br>Ctrm: 10, 19th floor |

///

---

STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 26TH, 2009 CASE
MANAGEMENT CONFERENCE

1

1  WHEREAS, on January 10, 2009 the Court found good cause, approved the parties'
2  stipulation, and ordered that Plaintiff's remand hearing set for January 23, 3009 at 9:00 a.m. is
3  deemed withdrawn so the parties can engage in limited Rule 26 discovery and participate in an
4  early mediation. (See Docket No. 19);

5  **WHEREAS**, pursuant to the parties' stipulation, and Court's Order the Case Management
6  Conference was continued to June 26, 2009, at 2:30 p.m.

7  **WHEREAS**, the parties have engaged in a rule 26 Conference and have discussed the
8  scope of pre-mediation discovery in this putative class action.

9  **WHEREAS**, the parties are gathering relevant documents to disclose and analyze before
10  conducting Plaintiff's deposition that will take place within the next forty-five days.

11  **WHEREAS**, the parties have retained Jeff Krivis an experienced wage and hour attorney
12  to mediate the class action on September 22, 2009.

13  **WHEREAS**, Plaintiff's counsel, Shaun Setareh and George Kingsley will both be
14  engaged in trial in the Los Angeles Superior Court on June 23rd, and 25th respectively; and will
15  be unavailable to appear for the June 26th Case Management Conference.

**IT IS HEREBY STIPULATED:**

The June 26, 2009 Case Management Conference is continued until after the parties engage in early mediation to a date after September 22, 2009.

In the alternative, the Case Management Conference is continued to _____.

Dated: June 15, 2009

LAW OFFICE OF SHAUN SETAREH

By: _____
Shaun Setareh (SBN 204514)
Attorneys for Plaintiff Tim O'neill,
and all others similarly situated

Dated: June 15, 2009

RAO ONGARO LLP

By: _____
Anthony J. Rao (SBN 173512)
Attorneys for Defendant, Genesis
Logistics, Inc.

---

**STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 26TH, 2009 CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | |
| 2 | **FOR GOOD CAUSE, THIS STIPULATION IS APPROVED.** 25 |
| 3 | **THE COURT** continues the Case Management Conference to September 30, 2009 @ |
| 4 | 2:30 p.m. / or _____ . |
| 5 | |
| 6 | DATED:_____     _____ |
| | Honorable Susan Illston |

STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUNE 26TH, 2009 CASE
MANAGEMENT CONFERENCE