1
RAO ONGARO LLP
Anthony J. Rao (SBN 173512)
2
  arao@rao-ongaro.com
90 Park Avenue, 18th Floor
3
New York, NY 10016
Telephone: (212) 455-9255
4
Facsimile: (212) 297-0555

5
RAO ONGARO LLP
David R. Ongaro (SBN 154698)
6
  dongaro@rao-ongaro.com
David R. Burtt (SBN 201220)
7
  dburtt@rao-ongaro.com
595 Market Street, Suite 610
8
San Francisco, CA  94105
Telephone: (415) 433-3900
9
Facsimile: (415) 433-3950

10
Attorneys for Defendant
GENESIS LOGISTICS, INC.
11
KINGSLEY & KINGSLEY, APC
12
George R. Kingsley (SBN 38022)
Eric B. Kingsley (SBN 185123)
13
16133 Ventura Bl., Suite 700
Encino, CA 91436
14
(818) 990-8300, Fax (818) 990-2903

15
LAW OFFICES OF SHAUN SETAREH
Shaun Setareh (SBN 204514)
16
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
17
Attorneys for Plaintiff
18

19
UNITED STATES DISTRICT COURT

20
NORTHERN DISTRICT OF CALIFORNIA

21
TIM O'NEILL, an individual; on behalf of    )    Case No. CV08-4107 SI
himself and all others similarly situated,   )
22
                                             )    **STIPULATION AND PROPOSED**
          Plaintiff,                         )    **ORDER TO CONTINUE SEPTEMBER**
23
                                             )    **25, 2009 CASE MANAGEMENT**
     v.                                      )    **CONFERENCE**
24
                                             )
GENESIS LOGISTICS, INC. and DOES 1           )    Judge: Honorable Susan Illston
25
through 10, inclusive                        )    Ctrm: 10, 19th floor
                                             )
26
          Defendants.                        )
                                             )
27
_____        )

28
September 25, 2009 CMC Stipulation and Proposed Order

1

1         **WHEREAS** On January 10, 2009 the Court found good cause, approved the parties'

2   stipulation, and ordered that Plaintiff's remand hearing set for January 23, 2009 at 9:00 AM is

3   deemed withdrawn so the parties can engage in limited Rule 26 discovery and participate in an

4   early mediation;

5         **WHEREAS** pursuant to the parties' stipulations and the Courts' Orders, the Case

6   Management Conference was continued to June 26, 2009 and then to September 25, 2009;

7         **WHEREAS** the parties have engaged in a Rule 26 Conference and have agreed on the

8   scope of pre-mediation discovery in this putative class action;

9         **WHEREAS** it took defendants several months to locate, copy and scan the mediation

10  documents because they were stored at various off-site locations;

11        **WHEREAS** the documents were recently produced to plaintiff's counsel via disk;

12        **WHEREAS** defendants have located a few thousand more documents and are producing

13  them on or before September 25, 2009;

14        **WHEREAS** defendants will depose Plaintiff within the next 45 days;

15        **WHEREAS** the parties have retained Jeffrey Krivis, an experience wage and hour

16  attorney, to mediate the putative class action on December 3, 2009;

17        **IT IS HEREBY STIPULATED:**

18        The September 25, 2009 Case Management Conference is continued until after the

19  parties engage in early mediation on December 3, 2009.

20

21  DATED: September 21, 2009                    RAO ONGARO LLP

22

23  By _____/s/_____
                      Anthony J. Rao

24                              Attorneys for Defendant
                            GENESIS LOGISTICS, INC.

25

26

27

28

1   DATED: September 21, 2009               LAW OFFICES OF SHAUN SETARAH

2

3                                  By_____/s/_____

4                                       Shaun Setarah

                                  Attorneys for Plaintiff

5                                  TIM O'NEILL on behalf of himself and all

6                                  others similarly situated

7

8   **FOR GOOD CAUSE, THE FOREGOING**

9   **STIPULATION IS APPROVED AND IS SO ORDERED.**  The Court continues the Case

10  Management Conference to __ January 15, 2010 @ 2:30 p.m. __.

11

12  DATED: _____       _____

13                                    Honorable Susan Illston

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28