1   RAO ONGARO LLP
    Anthony J. Rao (SBN 173512)
2    arao@rao-ongaro.com
    90 Park Avenue, 18th Floor
3   New York, NY 10016
    Telephone: (212) 455-9255
4   Facsimile: (212) 297-0555

5   RAO ONGARO LLP
    David R. Ongaro (SBN 154698)
6    dongaro@rao-ongaro.com
    David R. Burtt (SBN 201220)
7    dburtt@rao-ongaro.com
    595 Market Street, Suite 610
8   San Francisco, CA  94105
    Telephone: (415) 433-3900
9   Facsimile: (415) 433-3950

10  Attorneys for Defendant
    GENESIS LOGISTICS, INC.

11
    KINGSLEY & KINGSLEY, APC
12  George R. Kingsley (SBN 38022)
    Eric B. Kingsley (SBN 185123)
13  16133 Ventura Bl., Suite 700
    Encino, CA 91436
14  (818) 990-8300, Fax (818) 990-2903

15  LAW OFFICES OF SHAUN SETAREH
    Shaun Setareh (SBN 204514)
16  9454 Wilshire Boulevard, Penthouse Suite 3
    Beverly Hills, CA 90212

17
    Attorneys for Plaintiff
18

19                  UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21  TIM O'NEILL, an individual; on behalf of        )   Case No. CV08-4107 SI
    himself and all others similarly situated,      )
22                                                  )   **STIPULATION AND PROPOSED**
                        Plaintiff,                  )   **ORDER TO CONTINUE SEPTEMBER**
23                                                  )   **25, 2009 CASE MANAGEMENT**
               v.                                   )   **CONFERENCE**
24                                                  )
    GENESIS LOGISTICS, INC. and DOES 1              )   Judge: Honorable Susan Illston
25  through 10, inclusive                           )   Ctrm: 10, 19th floor
                                                    )
26                      Defendants.                 )
                                                    )
27  _____)

28
    September 25, 2009 CMC Stipulation and Proposed Order

                                                                                        1

1      **WHEREAS** On January 10, 2009 the Court found good cause, approved the parties'

2  stipulation, and ordered that Plaintiff's remand hearing set for January 23, 2009 at 9:00 AM is

3  deemed withdrawn so the parties can engage in limited Rule 26 discovery and participate in an

4  early mediation;

5      **WHEREAS** pursuant to the parties' stipulations and the Courts' Orders, the Case

6  Management Conference was continued to June 26, 2009 and then to September 25, 2009;

7      **WHEREAS** the parties have engaged in a Rule 26 Conference and have agreed on the

8  scope of pre-mediation discovery in this putative class action;

9      **WHEREAS** it took defendants several months to locate, copy and scan the mediation

10  documents because they were stored at various off-site locations;

11      **WHEREAS** the documents were recently produced to plaintiff's counsel via disk;

12      **WHEREAS** defendants have located a few thousand more documents and are producing

13  them on or before September 25, 2009;

14      **WHEREAS** defendants will depose Plaintiff within the next 45 days;

15      **WHEREAS** the parties have retained Jeffrey Krivis, an experience wage and hour

16  attorney, to mediate the putative class action on December 3, 2009;

17      **IT IS HEREBY STIPULATED:**

18      The September 25, 2009 Case Management Conference is continued until after the

19  parties engage in early mediation on December 3, 2009.

20

21  DATED: September 21, 2009          RAO ONGARO LLP

22

23                     By _____/s/_____
                            Anthony J. Rao

24                     Attorneys for Defendant
                     GENESIS LOGISTICS, INC.

25

26

27

28

DATED: September 21, 2009                    LAW OFFICES OF SHAUN SETARAH


                                            By_____/s/_____
                                                  Shaun Setarah

                                            Attorneys for Plaintiff
                                            TIM O'NEILL on behalf of himself and all
                                            others similarly situated


**FOR GOOD CAUSE, THE FOREGOING**

**STIPULATION IS APPROVED AND IS SO ORDERED.**  The Court continues the Case

Management Conference to __January 15, 2010 @ 2:30 p.m.__.


DATED: _____        _____
                                            Honorable Susan Illston

3