1   RAO ONGARO LLP
    Anthony J. Rao (SBN 173512)
2    arao@rao-ongaro.com
    90 Park Avenue, 18th Floor
3   New York, NY 10016
    Telephone: (212) 455-9255
4   Facsimile: (212) 297-0555

5   Attorneys for Defendant
    GENESIS LOGISTICS, INC.
6
    KINGSLEY & KINGSLEY, APC
7   George R. Kingsley (SBN 38022)
    Eric B. Kingsley (SBN 185123)
8   16133 Ventura Bl., Suite 700
    Encino, CA 91436
9   (818) 990-8300, Fax (818) 990-2903

10  LAW OFFICES OF SHAUN SETAREH
    Shaun Setareh (SBN 204514)
11  9454 Wilshire Boulevard, Penthouse Suite 3
    Beverly Hills, CA 90212
12  (310) 888-7771

13  Attorneys for Plaintiff

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  TIM O'NEILL, an individual; on behalf of     )   Case No. CV08-4107 SI
    himself and all others similarly situated,   )
17                                               )   **STIPULATION AND PROPOSED**
                                                 )   **ORDER TO CONTINUE JANUARY 15,**
18              Plaintiff,                        )   **2010 CASE MANAGEMENT**
                                                 )   **CONFERENCE**
19          v.                                    )
                                                 )
20  GENESIS LOGISTICS, INC. and DOES 1          )   Judge: Honorable Susan Illston
    through 10, inclusive                        )   Ctrm: 10, 19th floor
21                                               )   Date/Time: 1/15/10, 2:30 PM
                Defendants.                       )
22  _____ )

23          **WHEREAS** on December 3, 2010 the parties participated in an early mediation before

24  Mediator Jeffrey Krivis in Los Angeles, California;

25          **WHEREAS** the matter was not settled at the mediation but the parties continued

26  settlement discussions with Mr. Krivis until December 22, 2009;

27

28
    January 15, 2010 CMC Stipulation and Proposed Order

                                                                                      1

1     **WHEREAS** on December 22, 2009, the parties agreed to settle the class claims and as

2    part of the settlement, on December 23, 2009, plaintiff notified the Labor and Workforce

3    Development Agency of the existence of a Private Attorney General Act claim;

4     **WHEREAS** the parties are preparing a joint motion: (1) provisionally certifying a

5    settlement class, (2) preliminarily approving class settlement, (3) directing distribution of notice

6    of settlement and opportunity to opt out, and (4) setting a hearing for final approval of the

7    proposed settlement agreement; as well as preparing a proposed notice of settlement, proposed

8    instructions, and claim form for Court approval;

9     **IT IS HEREBY STIPULATED:**

10    The January 15, 2010 Case Management Conference is continued so the parties can

11    negotiate, prepare and submit the above-mentioned class settlement documents for Court

12    approval and finalize settlement.

13

14    DATED: January 6, 2010       RAO ONGARO LLP

15                       By _____/s/_____

16                           Anthony J. Rao

17                   Attorneys for Defendant
                         GENESIS LOGISTICS, INC.

18    DATED: January 6, 2010       LAW OFFICES OF SHAUN SETARAH

19

20                       By_____/s/_____
                          Shaun Setarah

21

22                   Attorneys for Plaintiff
                         TIM O'NEILL on behalf of himself and all others
                         similarly situated

23

24    **FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO**

25    **ORDERED.**  The Court continues the Case Management Conference to

26    __February 26, 2010, at 2:30 a.m.__

27    DATED: _____    _____
                                    Honorable Susan Illston

28