RAO ONGARO LLP
Anthony J. Rao (SBN 173512)
arao@rao-ongaro.com
90 Park Avenue, 18th Floor
New York, NY 10016
Telephone: (212) 455-9255
Facsimile: (212) 297-0555

Attorneys for Defendant
GENESIS LOGISTICS, INC.

KINGSLEY & KINGSLEY, APC
George R. Kingsley (SBN 38022)
Eric B. Kingsley (SBN 185123)
16133 Ventura Bl., Suite 700
Encino, CA 91436
(818) 990-8300, Fax (818) 990-2903

LAW OFFICES OF SHAUN SETAREH
Shaun Setareh (SBN 204514)
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
(310) 888-7771

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM O'NEILL, an individual; on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENESIS LOGISTICS, INC. and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. CV08-4107 SI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE FEBRUARY 26, 2010 CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Susan Illston<br>Ctrm: 10, 19th floor<br>Date/Time: 2/26/10, 2:30 PM |

**WHEREAS** on December 3, 2010 the parties participated in an early mediation before Mediator Jeffrey Krivis in Los Angeles, California;

**WHEREAS** the matter was not settled at the mediation but the parties continued settlement discussions with Mr. Krivis until December 22, 2009;

February 26, 2010 CMC Stipulation and Proposed Order

WHEREAS on December 22, 2009, the parties agreed to settle the class claims and as part of the settlement, on December 23, 2009, plaintiff notified the Labor and Workforce Development Agency of the existence of a Private Attorney General Act claim;

WHEREAS the parties have been preparing, and are in the process of finalizing, a joint motion: (1) provisionally certifying a settlement class, (2) preliminarily approving class settlement, (3) directing distribution of notice of settlement and opportunity to opt out, and (4) setting a hearing for final approval of the proposed settlement agreement; as well as preparing a proposed notice of settlement, proposed instructions, and claim form for Court approval;

**IT IS HEREBY STIPULATED:**

The February 26, 2010 Case Management Conference is continued for 60 days so the parties can negotiate, prepare and submit the above-mentioned class settlement documents for Court approval and finalize settlement.

DATED: February 24, 2010      RAO ONGARO LLP

By _____/s/_____
             Anthony J. Rao

Attorneys for Defendant
GENESIS LOGISTICS, INC.

DATED: February 24, 2010      LAW OFFICES OF SHAUN SETARAH

By_____/s/_____
           Shaun Setarah

Attorneys for Plaintiff
TIM O'NEILL on behalf of himself and all others similarly situated

**FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.** The Court continues the Case Management Conference to _4/23/10 @ 2:30 p.m.__ .

DATED: _____      _____
                                  Honorable Susan Illston