| | |
|---|---|
| 1 | RAO ONGARO LLP |
| | Anthony J. Rao (SBN 173512) |
| 2 | arao@rao-ongaro.com |
| | 90 Park Avenue, 18th Floor |
| 3 | New York, NY 10016 |
| | Telephone: (212) 455-9255 |
| 4 | Facsimile: (212) 297-0555 |
| 5 | Attorneys for Defendant |
| | GENESIS LOGISTICS, INC. |
| 6 | |
| | KINGSLEY & KINGSLEY, APC |
| 7 | George R. Kingsley (SBN 38022) |
| | Eric B. Kingsley (SBN 185123) |
| 8 | 16133 Ventura Bl., Suite 700 |
| | Encino, CA 91436 |
| 9 | (818) 990-8300, Fax (818) 990-2903 |
| 10 | LAW OFFICES OF SHAUN SETAREH |
| | Shaun Setareh (SBN 204514) |
| 11 | 9454 Wilshire Boulevard, Penthouse Suite 3 |
| | Beverly Hills, CA 90212 |
| 12 | (310) 888-7771 |
| 13 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM O'NEILL, an individual; on behalf of himself and all others similarly situated, | Case No. CV08-4107 SI |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE FEBRUARY 26, 2010 CASE MANAGEMENT CONFERENCE** |
| v. | |
| GENESIS LOGISTICS, INC. and DOES 1 through 10, inclusive | Judge: Honorable Susan Illston |
| | Ctrm: 10, 19th floor |
| | Date/Time: 2/26/10, 2:30 PM |
| Defendants. | |

**WHEREAS** on December 3, 2010 the parties participated in an early mediation before Mediator Jeffrey Krivis in Los Angeles, California;

**WHEREAS** the matter was not settled at the mediation but the parties continued settlement discussions with Mr. Krivis until December 22, 2009;

February 26, 2010 CMC Stipulation and Proposed Order

1  **WHEREAS** on December 22, 2009, the parties agreed to settle the class claims and as part of the settlement, on December 23, 2009, plaintiff notified the Labor and Workforce Development Agency of the existence of a Private Attorney General Act claim;

4  **WHEREAS** the parties have been preparing, and are in the process of finalizing, a joint motion: (1) provisionally certifying a settlement class, (2) preliminarily approving class settlement, (3) directing distribution of notice of settlement and opportunity to opt out, and (4) setting a hearing for final approval of the proposed settlement agreement; as well as preparing a proposed notice of settlement, proposed instructions, and claim form for Court approval;

**IT IS HEREBY STIPULATED:**

The February 26, 2010 Case Management Conference is continued for 60 days so the parties can negotiate, prepare and submit the above-mentioned class settlement documents for Court approval and finalize settlement.

DATED: February 24, 2010                RAO ONGARO LLP

                                        By _____/s/_____
                                                Anthony J. Rao

                                        Attorneys for Defendant
                                        GENESIS LOGISTICS, INC.

DATED: February 24, 2010                LAW OFFICES OF SHAUN SETARAH

                                        By_____/s/_____
                                                Shaun Setarah

                                        Attorneys for Plaintiff
                                        TIM O'NEILL on behalf of himself and all others
                                        similarly situated

**FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**  The Court continues the Case Management Conference to _4/23/10 @ 2:30 p.m._ .

DATED: _____             _____
                                                Honorable Susan Illston