Shaun Setareh (SBN 204514)
    setarehlaw@sbcglobal.net
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiffs,
TIM O'NEILL, and all others similarly situated

(Additional Attorneys on Following Page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM O'NEILL, on behalf of himself and all others similarly situated, <br><br>     Plaintiffs, <br><br>     vs. <br><br> GENESIS LOGISTICS, INC.; and DOES 1 to 50, inclusive, <br><br>     Defendants. | Case No. CV08-4107 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 23, 2010 CASE MANAGEMENT CONFERENCE** |

1

## STIPULATION

**WHEREAS** on December 22, 2009, the parties reached an agreement on the core provisions of a proposed class action settlement;

**WHEREAS** on February 25, 2010, this Court continued the Case Management Conference that was initially scheduled for February 26, 2010 to April 23, 2010 based on the parties' stipulation of February 24, 2010 to allow them time to negotiate and finalize the class settlement and prepare and submit settlement-related documents for Court approval;

**WHEREAS** the parties have finalized the class settlement agreement and currently anticipate that the preliminary settlement approval motion and related documents will be filed by April 30, 2010 and the motion will be heard on June 4, 2010 at 2:30 p.m.;

**WHEREAS** the parties believe it would be most efficient for both them and this Court to consolidate the Case Management Conference and motion hearings;

**IT IS HEREBY STIPULATED** that the April 23, 2010 Case Management Conference is continued until June 4, 2010.

DATED:  April 21, 2010

LAW OFFICES OF SHAUN SETAREH

BY _____
SHAUN SETAREH
Attorneys for Plaintiff

DATED: April 21, 2010

RAO TILIAKOS LLP

BY _____
ANTHONY RAO
Attorneys for Defendant

## [PROPOSED] ORDER

**FOR GOOD CAUSE, THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.** This Court continues the Case Management Conference to June 4, 2010 at 9:00 am.

DATED: April ___, 2010

BY _____
HONORABLE SUSAN ILLSTON

3